John Balazs, Bar # 157287
Attorney at Law
916 Second Street, Second Floor
Sacramento, California 95814
Telephone: (916) 447-9299.
Facsimile: (916) 557-1118
Email: john@balazslaw.com

Attorney for defendant
JASMIN JOHNSTON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:12-cr-00414- EMC |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER TO CONTINUE |
| v. | ) | SENTENCING |
| | ) | |
| JASMIN JOHNSTON, | ) | |
| | ) | |
| Defendent. | ) | |
| _____ | ) | |

Defendant Jasmin Johnston, through counsel, and Plaintiff United States,

through its counsel, Assistant U.S. Attorney Thomas Stevens, hereby stipulate and

request that the Court continue the sentencing hearing in this case from January 30,

2013 to February 13, 2013, at 2:30 p.m.

This request is to give the parties additional time to prepare and respond to the presentence report in this case. U.S. Probation Officer Brian Casai has been informed of this request.

DATED: January 8, 2013

MELINDA HAAG
United States Attorney

/s
Thomas E. Stevens
Assistant United States Attorney

DATED: January 8, 2013

/s
John Balazs
Counsel to Jasmin Johnston

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED: January ____15____, 2013



E_____
U_____ JUDGE
NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Edward M. Chen

2